IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELLIS TURNAGE                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:13-CV-00145-JMV

CLEVELAND STATE BANK, ET AL.                                              DEFENDANTS

## ORDER

Before the court is Defendants' Motion [48] to Seal Plaintiff's Motion for Additional Time [33]. Specifically, Defendants point out that certain portions of the motion contain references to confidential information and to "information the existence of which is confidential." Defendants previously provided to the undersigned, *in camera*, and to Plaintiff a copy of the motion, designating those portions they deem confidential. Defendants seek an order sealing the previously filed motion and requiring Plaintiff to refile it with the confidential information redacted.

Because Defendants have failed to submit to the court the particularized findings required by governing case law to support the sealing and redaction of the information at issue, the motion is hereby denied without prejudice to Defendants' right to reurge the motion.

**SO ORDERED** this 6th day of October, 2014.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE