IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELLIS TURNAGE                                                                                              PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 4:13-CV-00145-JMV

CLEVELAND STATE BANK, ET AL.                                                                DEFENDANTS

**ORDER**

      By Text Order dated January 12, 2015, the undersigned struck plaintiff's proposed "Second Amended Complaint" [81], which he purported to file pursuant to the court's January 8 Order [80] granting in part and denying in part his motion [69] for leave to file an amended complaint. Pursuant to the January 8 Order [80] the court had allowed "plaintiff to amend his complaint for the *limited purpose* of asserting that he personally was charged a higher interest rate on his January 2013 loan and his recent May 2014 loan because of his race in violation of ECOA and §1981." The January 12 Text Order instructed plaintiff to resubmit by email a proposed amendment that complied with the Court's January 8 Order. The undersigned has now reviewed plaintiff's submission and finds it too fails to comply with the court's prior order to the extent it contains deletions that were not permitted and information unrelated to his claims he was charged a higher interest rate on the two loans in violation of ECOA and § 1981. A copy of this submission noting the objectionable material will be emailed to the parties upon entry of this order. Accordingly, plaintiff shall file an amended complaint that strictly complies with the court's January 8 Order on or before 5:00 p.m. on January 23, 2015.

      So Ordered this 22nd day of January, 2015.

                                                       /s/ Jane M. Virden
                                                       U.S. MAGISTRATE JUDGE