**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ELLIS TURNAGE**                                                                       **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 4:13-CV-00145-JMV**

**CLEVELAND STATE BANK, ET AL.**                              **DEFENDANTS**

**ORDER**

Before the court is Defendants' Motion to File a Redacted Copy of Mark A. Cohen's Declaration [84]. The court has thoroughly considered the motion and finds it is well-taken in view of the fact that Cohen's declaration–which was never properly filed as an exhibit to Plaintiff's September 18, 2014 Motion to Compel [Doc. 39]–contains information that quotes language contained in documents this court previously sealed and also contains proprietary information of the Bank that could unfairly work to the advantage of its competitors. Accordingly,

**IT IS ORDERED:**

That Defendants' motion is granted to the extent that on or before February 18, 2015, *Plaintiff* shall file as "Exhibit 1" to Plaintiff's Motion to Compel [39], the redacted copy of Cohen's Declaration (submitted by Defendants in support of the instant motion) and link the same to Dckt. Entry # 39.

THIS 13th day of February, 2015.

                                                              /s/ Jane M. Virden
                                                              U. S. MAGISTRATE JUDGE